UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| ROBERT L. LEFFLER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 2:04CV55 JCH |
| DR. GREGORY RAKESTRAW, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court upon its review of the record. On January 13, 2006, Defendant filed a Motion for Summary Judgment. (Doc. No. 33). To date, Plaintiff has not responded to the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted until **Friday, April 7, 2006**, within which to respond to Defendant's motion (Doc. No. 33). Failure to do so will result in the Court's ruling on Defendant's unopposed motion.

Dated this 8th day of March, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE